UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LUCAS STROHMENGER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-04299-JPH-MPB |
| WOMACK RESTAURANTS, INC., et al. | ) ) ) |
| Defendants. | ) |

**ORDER**

On the Court's own motion, the **SETTLEMENT CONFERENCE** currently set in-person on **JULY 1, 2020** at 9:00 a.m., Indianapolis time (EST), is hereby **CONVERTED** to a **TELEPHONIC SETTLEMENT CONFERENCE** before the Honorable Matthew P. Brookman, United States Magistrate Judge.  The date and time of the settlement conference shall remain unchanged.  **The information needed by the parties to participate in this telephonic conference will be provided by a separate notification.**

**SO ORDERED.**

Dated:  May 13, 2020

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Served electronically on all ECF-registered counsel of record.