UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA - INDIANAPOLIS DIVISION

| | |
|---|---|
| LUCAS STROHMENGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>WOMACK RESTAURANTS, INC., and DOES 1-5,<br><br>Defendants. | Case 1:19-cv-04299-JPH-MPB |

**STIPULATION FOR DISMISSAL**

Plaintiff, LUCAS STROHMENGER, and Defendant, WOMACK RESTAURANTS, INC., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: July 2, 2020

Respectfully Submitted,

By: */s/ Noah C. Thomas*
Noah C. Thomas
**CHAPMAN LAW LLC**
20 NW 3rd St., STE 1410
Evansville, IN 47708
Telephone: 812-426-0600
noah@chapmanlaw.com

*Signatures continued below.*

Jonathan D. Miller (*Admitted Pro Hac Vice*)
Alison M. Bernal (*Admitted Pro Hac Vice*)
**NYE, STIRLING, HALE &**
**MILLER, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, CA 931010
Telephone: 805-963-2345
jonathan@nshmlaw.com
alison@nshmlaw.com

Benjamin J. Sweet (*Admitted Pro Hac Vice*)
**NYE, STIRLING, HALE &**
**MILLER, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Telephone: 412-857-5350
ben@nshmlaw.com

*Attorneys for Plaintiff*

Alexander Phillip Will
**FROST BROWN TODD LLC**
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244
Telephone: 317-237-3884
awill@fbtlaw.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was served on registered counsel via the Court's CM/ECF filing system on July 2, 2020.

>                                                             */s/ Noah C. Thomas*
>                                                             Noah C. Thomas