UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Stipulation for Dismissal, dkt. 31. JPH, 7/6/2020 Distribution via ECF.

| | |
|---|---|
| LUCAS STROHMENGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>WOMACK RESTAURANTS, INC., and DOES 1-5,<br><br>Defendants. | Case 1:19-cv-04299-JPH-MPB |

## STIPULATION FOR DISMISSAL

Plaintiff, LUCAS STROHMENGER, and Defendant, WOMACK RESTAURANTS, INC., by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: July 2, 2020

Respectfully Submitted,

By: */s/ Noah C. Thomas*
Noah C. Thomas
**CHAPMAN LAW LLC**
20 NW 3rd St., STE 1410
Evansville, IN 47708
Telephone: 812-426-0600
noah@chapmanlaw.com

*Signatures continued below.*